UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/08/2025
```

------------------------------------------------------------- X

ALYSSA RAMOS,                               :
                                            :
                           Plaintiff,       :
                                            :          25-CV-08374 (VEC)
           -against-                        :
                                            :              ORDER
AMERICAN MULTI-CINEMA, INC. and AMC         :
ENTERTAINMENT HOLDINGS, INC.,               :
                                            :
                           Defendants.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 9, 2025, Plaintiff initiated this lawsuit, *see* Compl., Dkt. 1;

WHEREAS on October 17, 2025, Defendants were duly served, *see* Dkts. 5, 6;

WHEREAS the deadline for Defendants to answer or otherwise respond to the Complaint

was November 7, 2025, *see id.*; and

WHEREAS Defendants have neither answered the Complaint nor appeared in this action;

IT IS HEREBY ORDERED that Plaintiff must move for default judgment by **Monday,**

**December 22, 2025**.  Plaintiff is directed to **Attachment A** to the Undersigned's Individual

Practices in Civil Cases for the Court's requirements for moving for default judgment.

**SO ORDERED.**

**Date:  December 8, 2025**                          **VALERIE CAPRONI**
      **New York, New York**                    **United States District Judge**