USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/23/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

ALYSSA RAMOS,                                          :
                                                       :
                                  Plaintiff,           :
                                                       :        25-CV-08374 (VEC)
                   -against-                            :
                                                       :        ORDER
AMERICAN MULTI-CINEMA, INC. and AMC                    :
ENTERTAINMENT HOLDINGS, INC.,                          :
                                                       :
                                  Defendants.          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 9, 2025, Plaintiff initiated this lawsuit, *see* Compl., Dkt. 1;

WHEREAS on October 17, 2025, Defendants were duly served, *see* Dkts. 5, 6;

WHEREAS Defendants failed to timely appear in this case or answer or respond to the

Complaint;

WHEREAS on December 8, 2025, the Court ordered that Plaintiff move for default

judgment by December 22, 2025, *see* Dkt. 7;

WHEREAS on December 24, 2025, counsel for Defendant appeared in this case and

requested that the deadline to answer or otherwise respond to the Complaint be extended *nunc*

*pro tunc* to January 16, 2026, *see* Dkts. 8, 9;

WHEREAS on December 30, 2025, the Court granted Defendants' request for an

extension of time to answer or otherwise respond to the Complaint to January 16, 2026, *see* Dkt.

10;

WHEREAS to date, Defendants have not answered or otherwise responded to the

Complaint;

2

IT IS HEREBY ORDERED that Plaintiff must move for default judgment by **Friday, February 6, 2026**.  Plaintiff is directed to **Attachment A** to the Undersigned's Individual Practices in Civil Cases for the Court's requirements for moving for default judgment.


       **SO ORDERED.**

**Date:  January 23, 2026**
     **New York, New York**
                                       **VALERIE CAPRONI**
                              **United States District Judge**