UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

ALYSSA RAMOS,                              :
                                           :
                              Plaintiff,   :
                                           :        25-CV-08374 (VEC)
                 -against-                 :
                                           :        ORDER
AMERICAN MULTI-CINEMA, INC. and AMC        :
ENTERTAINMENT HOLDINGS, INC.,              :
                                           :
                              Defendants.  :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/2/2026___

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 9, 2025, Plaintiff initiated this lawsuit, *see* Compl., Dkt. 1;

WHEREAS on October 17, 2025, Defendants were duly served, *see* Dkts. 5, 6;

WHEREAS Defendants failed to timely appear in this case or answer or respond to the Complaint;

WHEREAS on December 8, 2025, the Court ordered that Plaintiff move for default judgment by December 22, 2025, *see* Dkt. 7;

WHEREAS on December 24, 2025, counsel for Defendants appeared in this case and requested that the deadline to answer or otherwise respond to the Complaint be extended *nunc pro tunc* to January 16, 2026, *see* Dkts. 8, 9;

WHEREAS on December 30, 2025, the Court granted Defendants' request for an extension of time to answer or otherwise respond to the Complaint to January 16, 2026, *see* Dkt. 10;

WHEREAS on January 23, 2026, the Court ordered that Plaintiff must move for default judgment by Friday, February 6, 2026, *see* Dkt. 11; and

2

WHEREAS on January 30, 2026, Defendants submitted a motion to compel arbitration and stay this action, *see* Dkt. 12, stating that Plaintiff and Defendants had entered into a valid arbitration agreement requiring Plaintiff to submit any claims or disputes relating to her employment or the termination of her employment to final and binding arbitration before a neutral arbiter, rather than a court, *see* Dkt. 13;

IT IS HEREBY ORDERED that Plaintiff must submit her response, if any, to Defendants' motion to compel arbitration not later than **Friday, February 13, 2026**.

IT IS FURTHER ORDERED that the Court's prior order that Plaintiff move for default judgment by Friday, February 6, 2026, *see* Dkt. 11, is hereby VACATED.

**SO ORDERED.**

**Date:  February 2, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

2