**ROBERT WISNIEWSKI  P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, STE 820 • NEW YORK, NY 10004
TEL: (212) 267-2101 • WEB: www.rwapc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/18/2026___

February 18, 2026

Hon. Valerie E. Caproni,  USDJ
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007
    *VIA ECF*



**Re: Ramos v. American Multi-Cinema, Inc. Et al.**
**<u>Docket No: 25-cv-08374 (VEC)</u>**

Dear Judge Caproni,

    I represent Plaintiff in the above matter. I write to advise that Plaintiff does not oppose the stay of the matter for the purpose of arbitration. I so advised opposing counsel.

    My profuse apologies for not filing this letter prior to the February 13, 2026 to respond to Defendants' motion. I was out of office on a case in Rocherster, NY, and I overlooked the deadline.

    I also have good news to report. Ms Ramos was reinstated to her position at American Multi-Cinema, Inc. The only issues for the arbitration would concern non-economic damages and I am hopeful that these will have been resolved without the need to file an official arbitration.

    I thank Your Honor for the attention to the foregoing.

Respectfully submitted,

*/s/Robert Wisniewski*
Robert Wisniewski

cc: all counsel of record via ECF

Defendants' motion to compel arbitration, *see* Dkt. 12, is DENIED as moot.

Defendants' motion to stay proceedings, *see id.*, is GRANTED.  This action is hereby STAYED. **Within either one (1) week** of the parties concluding arbitration, but not later than **Thursday, April 30, 2026**, **whichever is sooner**, the parties must submit a joint letter via ECF, not to exceed three (3) pages, (i) describing the current status of the parties' arbitration efforts and (ii) proposing next steps in this action.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 12.


SO ORDERED.

2/18/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE